THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. EMANUEL M. KAPLAN and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FLORENCE BURES, Plaintiff, and W. T. LA GOSH, Plaintiff, Respondent, v. THE REICHSBANK, Sometimes Known, Referred to, and Designated as the "REICHS-BANK" and the "REICHSBANK-DIREKTORIUM," Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HERMAN D. BARD, Appellant, v. NEWS SYNDICATE CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DAVID BUTTERMAN, Respondent, v. HARVEY T. MANN and HAROLD HARPER, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

GUIDE ESCORT SERVICE, INC., Appellant, v. THOMAS E. DEWEY, District Attorney, and PAUL MOSS, License Commissioner of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

RUTHERFORD W. KATHAN and Another, Appellants, v. SNEDIKER RENTAL CORPORATION and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Petition of WALTER BUDD, Petitioner, Pursuant to Article 78 of the Civil Practice Act, against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to annul the determination on the ground that the police commissioner exceeded his jurisdiction in imposing punishment after the expiration of one year.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM J. FALLON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ISAAC SIEGEL and LILLIAN BOEHM, Suing on Behalf of PRESSED STEEL CAR COMPANY, INC., for Themselves and for the Benefit of All Other Stockholders Similarly Situated, etc., Respondents, v. JOHN F. MACENULTY and Another, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.